Joseph A. Field, WSBA Bar #24705
Field Jerger LLP
621 S.W. Morrison, Ste. 1225
Portland, Oregon 97205
Tel. (503) 228-9115
Fax (503) 225 0276
joe@fieldjerger.com

Attorneys for Debtor

Hon. Paul B. Snyder
Chapter 11
Hearing date: *Ex Parte*
Hearing time: *Ex Parte*
Hearing Location: *Ex Parte*
Response Date:

# UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>AUTOMOTIVE ELECTRIC DISTRIBUTORS, INC.<br><br>Debtor. | Case No.: 14-46321-PBS<br><br>DEBTOR'S AMENDED ADMINISTRATIVE MOTION FOR ORDER SETTING CLAIMS BAR DATE *Tgrncegu'Fm056+* |

Automotive Electric Distributors, Inc., the debtor and the debtor in possession, (the "Debtor"), respectfully move this court, pursuant to LBR 3001-1, for entry of an *ex parte* order setting the claims bar date in this case. The Debtor requests that the Court sets the claims bar date for March 15, 2015. Pursuant to LBR 9013-1(g), this *ex parte* motion is on an administrative matter. In support, the Debtors represent:

1. The Debtor filed its chapter 11 petition on November 26, 2014.

2. On December 3, 2014, the Court entered the Debtor's Cash Collateral Order, Dkt 23 (amended at Dkt. 34).

3. The Debtor has one senior, secured creditor, Heritage Bank, with a blanket lien encumbering

Page 1 of 3
Motion for Order to Set
Claims Bar Date

Field Jerger LLP
621 SW Morrison St. #1225
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225- 0276

Case 14-46321-PBS    Doc 35    Filed 12/07/14    Ent. 12/07/14 21:11:59    Pg. 1 of 7

all of the Debtor's assets of value. Heritage Bank's collateral at the Debtor is insufficient to fully secure more than 50% of the Debtor's debts to Heritage Bank.

4. Beyond Heritage Bank, the Debtor's debts consist predominately of: (1) approximately $1.7 million of general unsecured debt to some 175 trade creditors, and; (2) approximately $1.9 million debt from deferred patronage dividends to a combined 170 active[1] and inactive members of the Debtor.

5. The Debtor anticipates filing a disclosure statement and plan in January 2015.

6. The Debtor believes that it is in the best interests of all parties in interest to set the claims bar date for March 15, 2015. This will give all creditors sufficient time to prepare and file their claims and will give all parties in interest the opportunity to understand the magnitude of filed claims.

7. The Debtor's proposed form of Order Setting Claim Bar Date (the "Order") requires the Debtor to serve notice of the claim bar date on all creditors. A copy of the Order is attached as Exhibit A.

Dated: December 7, 2014.

Respectfully submitted by:

/s/ Joseph A. Field
Joseph A. Field, WSBA #24705
Field Jerger LLP
Email: joe@fieldjerger.com
621 SW Morrison St. #1225

---

[1] The Debtor is a coop owned by its members. The Debtor's active members currently operate auto parts stores and purchase auto parts from the Debtor. The Debtor's inactive members formerly owned auto parts stores.

Page 2 of 3
Amended Motion
for Order to Set
Claims Bar Date

Field Jerger LLP
621 SW Morrison St. #1225
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225- 0276

Case 14-46321-PBS    Doc 35    Filed 12/07/14    Ent. 12/07/14 21:11:59    Pg. 2 of 7

| | |
|---|---|
| 1 | Portland, OR 97205 |
| 2 | Tel. (503) 228-9115 |
|   | Fax (503) 225-0276 |
|   | Attorneys for Debtor |

Page 3 of 3
Motion for Order to Set
Claims Bar Date

Field Jerger LLP
621 SW Morrison St. #1225
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225- 0276

Case 14-46321-PBS    Doc 35    Filed 12/07/14    Ent. 12/07/14 21:11:59    Pg. 3 of 7

# Exhibit A

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

AUTOMOTIVE ELECTRIC DISTRIBUTORS, INC.

      Debtor.

Case No.: 14-46321-PBS

*EX PARTE* ORDER SETTING CLAIMS BAR DATE

This matter came before the Court on the administrative motion of Automotive Electric Distributors, Inc., the debtor and the debtor in possession, (the "Debtor"), pursuant to LBR 3001-1 for an *ex parte* order setting the claims bar date in this case to be March 15, 2015. The Court considered the Debtor's motion and being fully informed in the premise and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. The deadline to file a proof of claim in this case (claims bar date) shall be March 15, 2015.

2. The Debtor shall serve a copy of this order and an accompanying notice to all creditors of

record within two business days of entry of this order and shall include notice of the claims

bar date in the disclosure statement.

# # #

Presented by:

*/s/ Joseph A. Field*
Joseph A. Field, WSBA #24705
Field Jerger LLP
621 SW Morrison Street, Suite 1225
Portland, OR 97205
(503) 228-9115
(503) 225-0276
E mail: joe@fieldjerger.com
Attorney for Debtor

Page 2 of 2
Order Setting Claims Bar
Date

| | |
|---|---|
| Joseph A. Field, WSBA #24-705<br>Field Jerger LLP<br>621 S.W. Morrison, Ste. 1225<br>Portland, Oregon 97205<br>Tel. (503) 228-9115<br>Fax (503) 225 0276<br>joe@fieldjerger.com | Hon. Paul B. Snyder<br>Chapter 11 |

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>AUTOMOTIVE ELECTRIC DISTRIBUTORS, INC.<br><br>    Debtor. | Case No.: 14-46321-PBS<br><br>CERTIFICATE OF SERVICE |

On the date indicated below, the undersigned served the forgoing submission on all parties of record who have appeared in this matter, by sending them copies via the Bankruptcy Court's CM/ECF electronic filing system.

Dated: December 7, 2014.

                                            /s/ Joseph A. Field
                                            Joseph A. Field,  WSBA # 24705
                                            Field Jerger LLP

Page 1 of 1

Field Jerger LLP
621 SW Morrison St. #1225
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225- 0276

Case 14-46321-PBS    Doc 35    Filed 12/07/14    Ent. 12/07/14 21:11:59    Pg. 7 of 7